# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0373
LT Case No. 2022-10467-CIDL

_____

VICTOR BRAVO,

   Appellant,

   v.

AMERICAN SECURITY INSURANCE
COMPANY,

   Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Juan Mourin, of Law Offices of Grey and Mourin, Miami, for
Appellant.

Frances G. De La Guardia and Brian H. Koch, of Holland &
Knight LLP, Miami, for Appellee.

July 22, 2025

PER CURIAM.

   AFFIRMED. *See Gray v. Fla. Peninsula Ins.*, 363 So. 3d 1216
(Fla. 6th DCA 2023).

LAMBERT, HARRIS, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————